SHARON HENDERSON ESQ
ESSEX-NEWARK LEGAL SVCS
5 COMMERCE ST
NEWARK, NJ  07102

Re: ADEOLA A FAVORITE
    10 TELFORD STREET
    EAST ORANGE,  NJ  07018

Atty: SHARON HENDERSON ESQ
    ESSEX-NEWARK LEGAL SVCS
    5 COMMERCE ST
    NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 20-11350

## RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/11/2020 | $676.00 | 26384755050 | 03/03/2020 | $676.00 | 26518724921 |
| 03/31/2020 | $676.00 | 26663205464 | 04/28/2020 | $676.00 | 26663259701 |
| 06/01/2020 | $676.00 | 26727510508 | 07/06/2020 | $676.00 | 26518748927 |
| 08/04/2020 | $676.00 | 26678358202 | 09/11/2020 | $676.00 | 26619336720 |
| 10/06/2020 | $676.00 | 26947865057 | 11/03/2020 | $676.00 | 26864655851 |
| 01/05/2021 | $676.00 | 26864681714 | | | |

**Total Receipts: $7,436.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,436.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 04/20/2020 | $1,922.55 | 847,279 | 05/18/2020 | $608.40 | 849,126 |
| | 07/20/2020 | $625.30 | 852,643 | 08/17/2020 | $625.30 | 854,499 |
| | 09/21/2020 | $625.30 | 856,337 | 10/19/2020 | $625.30 | 858,196 |
| | 11/16/2020 | $625.30 | 859,981 | 12/21/2020 | $625.30 | 861,820 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 527.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMCAST | UNSECURED | 168.98 | 100.00% | 0.00 | 168.98 |
| 0003 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,060.19 | 100.00% | 0.00 | 2,060.19 |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 15,079.21 | 100.00% | 6,282.75 | 8,796.46 |
| 0010 | PROGRESSIVE ADVANCED INSURANCE ( | UNSECURED | 1,963.69 | 100.00% | 0.00 | 1,963.69 |
| 0011 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | TD BANK USA NA | UNSECURED | 1,587.85 | 100.00% | 0.00 | 1,587.85 |
| 0017 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-11350**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 866.44 | 100.00% | 0.00 | 866.44 |

**Total Paid: $6,810.70**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $7,436.00    -    Paid to Claims: $6,282.75    -    Admin Costs Paid: $527.95    =    Funds on Hand: $625.30

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.