Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  20−11350−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adeola A Favorite
   aka Adeola Benjamin−Favorite
   10 Telford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−0602

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/6/22 at 10:00 AM

to consider and act upon the following:

*30* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/27/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*32* − Objection to Trustee's Certification of Default (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/27/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Sharon Henderson on behalf of Adeola A Favorite. (Attachments: # 1 Supplement Copy of Money Order) (Henderson, Sharon)

Dated: 12/17/21

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court