SHARON HENDERSON ESQ
ESSEX-NEWARK LEGAL SVCS
5 COMMERCE ST
NEWARK, NJ  07102

Re:  ADEOLA A FAVORITE
     10 TELFORD STREET
     EAST ORANGE,  NJ  07018

Atty:  SHARON HENDERSON ESQ
       ESSEX-NEWARK LEGAL SVCS
       5 COMMERCE ST
       NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 20-11350

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/11/2020 | $676.00 | 26384755050 | 03/03/2020 | $676.00 | 26518724921 |
| 03/31/2020 | $676.00 | 26663205464 | 04/28/2020 | $676.00 | 26663259701 |
| 06/01/2020 | $676.00 | 26727510508 | 07/06/2020 | $676.00 | 26518748927 |
| 08/04/2020 | $676.00 | 26678358202 | 09/11/2020 | $676.00 | 26619336720 |
| 10/06/2020 | $676.00 | 26947865057 | 11/03/2020 | $676.00 | 26864655851 |
| 01/05/2021 | $676.00 | 26864681714 | 01/20/2021 | $676.00 | 27108478271 |
| 03/04/2021 | $676.00 | 27111137668 | 04/06/2021 | $676.00 | 27111162475 |
| 04/27/2021 | $676.00 | 27111183063 | 07/21/2021 | $28.00 | 27400660784 |
| 07/21/2021 | $1,000.00 | 27400660773 | 07/21/2021 | $1,000.00 | 27400660762 |
| 08/24/2021 | $676.00 | 27671251083 | 09/15/2021 | $676.00 | 27671267790 |
| 10/21/2021 | $676.00 | 27662757276 | 12/21/2021 | $676.00 | 27662784513 |

**Total Receipts: $14,872.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $14,872.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 04/20/2020 | $1,922.55 | 847,279 | 05/18/2020 | $608.40 | 849,126 |
| | 07/20/2020 | $625.30 | 852,643 | 08/17/2020 | $625.30 | 854,499 |
| | 09/21/2020 | $625.30 | 856,337 | 10/19/2020 | $625.30 | 858,196 |
| | 11/16/2020 | $625.30 | 859,981 | 12/21/2020 | $625.30 | 861,820 |
| | 02/22/2021 | $1,250.60 | 865,326 | 04/19/2021 | $625.30 | 868,853 |
| | 05/17/2021 | $1,250.60 | 870,726 | 08/16/2021 | $1,906.32 | 876,006 |
| | 09/20/2021 | $555.97 | 877,762 | 09/20/2021 | $79.47 | 877,762 |
| | 10/18/2021 | $555.97 | 879,507 | 10/18/2021 | $79.47 | 879,507 |
| | 11/17/2021 | $561.88 | 881,217 | 11/17/2021 | $80.32 | 881,217 |
| | 01/10/2022 | $561.88 | 884,484 | 01/10/2022 | $80.32 | 884,484 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 20-11350**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,001.15 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMCAST | UNSECURED | 168.98 | 100.00% | 0.00 | 168.98 |
| 0003 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,060.19 | 100.00% | 0.00 | 2,060.19 |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 15,079.21 | 100.00% | 13,551.27 | 1,527.94 |
| 0010 | PROGRESSIVE ADVANCED INSURANCE ( | UNSECURED | 1,963.69 | 100.00% | 0.00 | 1,963.69 |
| 0011 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | TD BANK USA NA | UNSECURED | 1,587.85 | 100.00% | 0.00 | 1,587.85 |
| 0017 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 866.44 | 100.00% | 0.00 | 866.44 |
| 0021 | MIDFIRST BANK | (NEW) MTG Agree | 538.00 | 100.00% | 319.58 | 218.42 |

**Total Paid: $14,872.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $14,872.00    -    Paid to Claims: $13,870.85    -    Admin Costs Paid: $1,001.15    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.