# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-11350 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Adeola A. Favorite aka Adeola Benjamin-Favorite

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/12/2016

I, ~~Madison Graspo~~, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:
Recorded on September 1, 2016 in Essex County, in Instrument Number 2016075605
Property Address: 10 Telford Street, East Orange NJ 07018.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Adeola A. Favorite aka Adeola Benjamin-Favorite

POST-PETITION PAYMENTS (Petition filed on January 28, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered September 02, 2021 | | | | | $148.73 |
| $1,583.89 | 09/01/2021 | 09/2021 | $1,600.00 | 09/15/2021 | $164.84 |
| $1,583.89 | 10/01/2021 | 10/2021 | $1,600.00 | 10/26/2021 | $180.95 |
| $1,583.89 | 11/01/2021 | 11/2021 | $1,600.00 | 11/23/2021 | $197.06 |
| $1,583.89 | 12/01/2021 | 12/2021 | $1,600.00 | 12/22/2021 | $213.17 |
| $1,551.86 | 01/01/2022 | 01/2022 | $1,600.00 | 01/19/2021 | $261.31 |
| | | To Suspense | $1,500.00 | 03/07/2022 | $1,761.31 |
| $1,551.86 | 02/01/2022 | 02/2022 | From Suspense | 03/07/2022 | $209.45 |
| $1,551.86 | 03/01/2022 | 03/2022 | $1,552.00 | 04/19/2022 | $209.59 |
| $1,551.86 | 04/01/2022 | 04/2022 | $1,600.00 | 06/14/2022 | $257.73 |
| $1,551.86 | 05/01/2022 | - | $0.00 | - | $257.73 |
| $1,551.86 | 06/01/2022 | - | $0.00 | - | $257.73 |
| $1,551.86 | 07/01/2022 | - | $0.00 | - | $257.73 |
| **Total: $17,198.58** | | **Total Received + Suspense: $12,800.73** | | **Arrears: $4,397.85** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,551.86
Arrears: $4,397.85

Each current monthly payment is comprised of:
Effective as of July 20, 2022, the current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest | $665.50 | |
| Interest: | $ | |
| R.E. Taxes: | $ | |
| Insurance: | $ | |
| Other: | $886.36 | (Specify:_Escrow_) |
| TOTAL | $1,551.86 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 11/18/2020 effective 01/01/2021, filed 12/03/2021 effective 01/01/2022.

PRE-PETITION ARREARS: $15,079.21

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 08/03/2022

Signature        Madison Graspo