**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: MidFirst Bank

In Re:
Adeola A. Favorite aka Adeola Benjamin-Favorite
　　　　　Debtor

Case No:　20-11350 VFP

Chapter:　13

Judge:　Vincent F. Papalia

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 08/04/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 08/04/2022　　　　　/S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Adeola A. Favorite aka Adeola Benjamin-Favorite<br>10 Telford Street<br>East Orange, NJ 07018 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Sharon Henderson<br>Essex-Newark Legal Services<br>5 Commerce St.<br>Newark, NJ 07102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |