Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−11350−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adeola A Favorite
   aka Adeola Benjamin−Favorite
   10 Telford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−0602

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/22 at 10:00 AM

to consider and act upon the following:

*39* − Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/18/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*40* − Objection to Creditor's Certification of Default (related document:39 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 08/18/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Sharon Henderson on behalf of Adeola A Favorite. (Henderson, Sharon)

Dated: 8/17/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court