SHARON HENDERSON ESQ
ESSEX-NEWARK LEGAL SVCS
5 COMMERCE ST
NEWARK, NJ  07102

Re:  ADEOLA A FAVORITE
    10 TELFORD STREET
    EAST ORANGE, NJ  07018

Atty:  SHARON HENDERSON ESQ
    ESSEX-NEWARK LEGAL SVCS
    5 COMMERCE ST
    NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 20-11350

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/11/2020 | $676.00 | 26384755050 | 03/03/2020 | $676.00 | 26518724921 |
| 03/31/2020 | $676.00 | 26663205464 | 04/28/2020 | $676.00 | 26663259701 |
| 06/01/2020 | $676.00 | 26727510508 | 07/06/2020 | $676.00 | 26518748927 |
| 08/04/2020 | $676.00 | 26678358202 | 09/11/2020 | $676.00 | 26619336720 |
| 10/06/2020 | $676.00 | 26947865057 | 11/03/2020 | $676.00 | 26864655851 |
| 01/05/2021 | $676.00 | 26864681714 | 01/20/2021 | $676.00 | 27108478271 |
| 03/04/2021 | $676.00 | 27111137668 | 04/06/2021 | $676.00 | 27111162475 |
| 04/27/2021 | $676.00 | 27111183063 | 07/21/2021 | $28.00 | 27400660784 |
| 07/21/2021 | $1,000.00 | 27400660773 | 07/21/2021 | $1,000.00 | 27400660762 |
| 08/24/2021 | $676.00 | 27671251083 | 09/15/2021 | $676.00 | 27671267790 |
| 10/21/2021 | $676.00 | 27662757276 | 12/21/2021 | $676.00 | 27662784513 |
| 02/08/2022 | $676.00 | 27292097136 | 03/17/2022 | $676.00 | 27455288152 |
| 04/18/2022 | $676.00 | 28179482141 | 05/17/2022 | $676.00 | 28179499184 |
| 06/16/2022 | $676.00 | 28250450245 | 07/19/2022 | $676.00 | 28305050286 |
| 08/22/2022 | $676.00 | 28294872186 | 10/19/2022 | $676.00 | 28410267003 |
| 10/19/2022 | $676.00 | 28410267014 | 11/22/2022 | $676.00 | 28466449648 |
| 12/21/2022 | $676.00 | 28466458200 | | | |

**Total Receipts: $22,308.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $22,308.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMCAST | | | | | | |
| | 05/16/2022 | $5.10 | 891,046 | 06/20/2022 | $16.58 | 892,743 |
| | 07/18/2022 | $16.58 | 894,452 | 08/15/2022 | $16.59 | 896,031 |
| | 09/19/2022 | $16.58 | 897,636 | 11/14/2022 | $27.39 | 900,875 |
| | 12/12/2022 | $16.25 | 902,420 | 01/09/2023 | $16.24 | 903,908 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 05/16/2022 | $62.15 | 891,071 | | 06/20/2022 | $202.19 | 892,767 |
| | 07/18/2022 | $202.18 | 894,478 | | 08/15/2022 | $202.18 | 896,055 |
| | 09/19/2022 | $202.19 | 897,662 | | 11/14/2022 | $334.00 | 900,900 |
| | 12/12/2022 | $197.99 | 902,445 | | 01/09/2023 | $198.00 | 903,934 |
| MIDFIRST BANK | | | | | | | |
| | 04/20/2020 | $1,922.55 | 847,279 | | 05/18/2020 | $608.40 | 849,126 |
| | 07/20/2020 | $625.30 | 852,643 | | 08/17/2020 | $625.30 | 854,499 |
| | 09/21/2020 | $625.30 | 856,337 | | 10/19/2020 | $625.30 | 858,196 |
| | 11/16/2020 | $625.30 | 859,981 | | 12/21/2020 | $625.30 | 861,820 |
| | 02/22/2021 | $1,250.60 | 865,326 | | 04/19/2021 | $625.30 | 868,853 |
| | 05/17/2021 | $1,250.60 | 870,726 | | 08/16/2021 | $1,906.32 | 876,006 |
| | 09/20/2021 | $555.97 | 877,762 | | 09/20/2021 | $79.47 | 877,762 |
| | 10/18/2021 | $555.97 | 879,507 | | 10/18/2021 | $79.47 | 879,507 |
| | 11/17/2021 | $561.88 | 881,217 | | 11/17/2021 | $80.32 | 881,217 |
| | 01/10/2022 | $561.88 | 884,484 | | 01/10/2022 | $80.32 | 884,484 |
| | 03/14/2022 | $561.88 | 887,895 | | 03/14/2022 | $80.32 | 887,895 |
| | 04/18/2022 | $570.75 | 889,630 | | 04/18/2022 | $81.59 | 889,630 |
| | 05/16/2022 | $56.51 | 891,317 | | 05/16/2022 | $395.31 | 891,317 |
| | 11/14/2022 | $200.00 | 901,113 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/16/2022 | $26.14 | 8,002,843 | | 06/20/2022 | $85.03 | 8,002,892 |
| | 07/18/2022 | $85.03 | 8,002,950 | | 08/15/2022 | $85.04 | 8,002,997 |
| | 09/19/2022 | $85.03 | 8,003,048 | | 11/14/2022 | $140.46 | 8,003,148 |
| | 12/12/2022 | $83.27 | 8,003,201 | | 01/09/2023 | $83.27 | 8,003,257 |
| PROGRESSIVE ADVANCED INSURANCE COMPANY | | | | | | | |
| | 05/16/2022 | $59.24 | 891,473 | | 06/20/2022 | $192.71 | 893,191 |
| | 07/18/2022 | $192.72 | 894,848 | | 08/15/2022 | $192.71 | 896,436 |
| | 09/19/2022 | $192.71 | 898,063 | | 11/14/2022 | $318.36 | 901,265 |
| | 12/12/2022 | $188.72 | 902,817 | | 01/09/2023 | $188.72 | 904,313 |
| TD BANK USA NA | | | | | | | |
| | 05/16/2022 | $47.90 | 891,783 | | 06/20/2022 | $155.83 | 893,539 |
| | 07/18/2022 | $155.83 | 895,165 | | 08/15/2022 | $155.83 | 896,716 |
| | 09/19/2022 | $155.83 | 898,385 | | 11/14/2022 | $257.42 | 901,575 |
| | 12/12/2022 | $152.60 | 903,109 | | 01/09/2023 | $152.60 | 904,603 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,325.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMCAST | UNSECURED | 168.98 | 100.00% | 131.31 | 37.67 |
| 0003 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,060.19 | 100.00% | 1,600.88 | 459.31 |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 15,079.21 | 100.00% | 15,079.21 | 0.00 |
| 0010 | PROGRESSIVE ADVANCED INSURANCE C | UNSECURED | 1,963.69 | 100.00% | 1,525.89 | 437.80 |
| 0011 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | TD BANK USA NA | UNSECURED | 1,587.85 | 100.00% | 1,233.84 | 354.01 |
| 0017 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 866.44 | 100.00% | 673.27 | 193.17 |
| 0021 | MIDFIRST BANK | (NEW) MTG Agree | 738.00 | 100.00% | 738.00 | 0.00 |

**Total Paid: $22,308.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $22,308.00    -    Paid to Claims: $20,982.40    -    Admin Costs Paid: $1,325.60    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.