# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT **DISTRICT OF NEW JERSEY**

Caption In Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-11350 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Adeola A Favorite aka Adeola Benjamin-Favorite

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/12/2016

I, Dahllyah Williams, employed as Vice President by MidFirst Bank, hereby certifies the following information:
Recorded on September 1, 2016 in Essex County, in Instrument Number 2016075605
Property Address: 10 Telford Street, East Orange NJ 07018.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Adeola A Favorite aka Adeola Benjamin-Favorite

POST-PETITION PAYMENTS (Petition filed on January 28, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered September 21, 2022 | | | | | - |
| $6,000.00 AO Lump Sum | 09/21/2022 | AO Lump Sum | $6,000.00 | 10/14/2022 | - |
| | | To Suspense | $2,000.00 | 11/01/2022 | $2,000.00 |
| $500.52 AO Payment 1/3 | 10/01/2022 | AO Payment | From Suspense | 11/14/2022 | $1,499.48 |
| $1,499.48 | 10/01/2022 | 10/2022 (short) | From Suspense | 11/14/2022 | $0.00 |
| | | To Suspense | $2,000.00 | 12/23/2022 | $2,000.00 |
| $1,551.86 | 11/01/2022 | 11/2022 | From Suspense | 12/27/2022 | $448.14 |
| $500.52 AO Payment 2/3 | 11/01/2022 | | $0.00 | | $448.14 |
| $1,551.86 | 12/01/2022 | | $0.00 | | $448.14 |
| $500.53 AO Payment 3/3 | 12/01/2022 | | $0.00 | | $448.14 |
| $1,605.59 | 01/01/2023 | | $0.00 | | $448.14 |
| **Total Due: $13,710.36** | | **Total Received: $10,000.00** | | **Arrears: $3,710.36** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $1,551.86, 1 mo. X $1,605.59
Agreed Order payments past due: 1 X $500.52, 1 X $500.53

Arrears: $3,710.36

Each current monthly payment is comprised of:
    Principal and Interest    $665.50
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $940.09 (Specify:_Escrow_)
    TOTAL    $1,605.59

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 11/18/2020 effective 01/01/2021, filed 12/03/2021 effective 01/01/2022, filed 11/29/2022 effective 01/01/2023.

PRE-PETITION ARREARS: $15,079.21

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/20/2023

Signature: *[signed]* **Dahliyah Williams**
**Vice President**