**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: MidFirst Bank |
| In Re:<br>Adeola A Favorite aka Adeola Benjamin-Favorite<br>        Debtor |

Case No:     20-11350 VFP

Chapter:     13

Judge:       Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 02/08/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 02/08/2023                    /S/ Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Adeola A Favorite aka Adeola Benjamin-Favorite<br>10 Telford Street<br>East Orange, NJ 07018 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Sharon Henderson<br>Essex-Newark Legal Services<br>5 Commerce St.<br>Newark, NJ 07102 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |