Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−11350−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adeola A Favorite
   aka Adeola Benjamin−Favorite
   10 Telford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−0602

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/23 at 10:00 AM

to consider and act upon the following:

*48* – Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 39 Creditor's Certification of Default filed by Creditor MidFirst Bank, 45 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 02/22/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*49* – Objection to Creditor's Certification of Default (related document:48 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 39 Creditor's Certification of Default filed by Creditor MidFirst Bank, 45 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 02/22/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Sharon Henderson on behalf of Adeola A Favorite. (Henderson, Sharon)

Dated: 2/21/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court