Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−11350−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adeola A Favorite
   aka Adeola Benjamin−Favorite
   10 Telford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−0602

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/23 at 10:00 AM

to consider and act upon the following:

*48 −* Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 39 Creditor's Certification of Default filed by Creditor MidFirst Bank, 45 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 02/22/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*49 −* Objection to Creditor's Certification of Default (related document:48 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 10 Telford Street, East Orange, NJ 07018. Fee Amount $ 188. filed by Creditor MidFirst Bank, 39 Creditor's Certification of Default filed by Creditor MidFirst Bank, 45 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 02/22/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Sharon Henderson on behalf of Adeola A Favorite. (Henderson, Sharon)

Dated: 2/21/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-11350-VFP |
| Adeola A Favorite | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Adeola A Favorite, 10 Telford Street, East Orange, NJ 07018-1822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Feb 21 2023 22:59:25 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sharon Henderson | on behalf of Debtor Adeola A Favorite shenderson@lsnj.org |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 21, 2023 | Form ID: ntchrgbk | Total Noticed: 2

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4