**Sharon Henderson**

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, June 16, 2023 12:28 PM |
| **To:** | Sharon Henderson |
| **Subject:** | [EXTERNAL]U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Adeola A Favorite, Case Number: 20-11350, VFP, Ref: [p-196084271] |
| **Attachments:** | B_P220113503180W0236.PDF |

**External Email:** This email originated outside of the Legal Services of New Jersey network (LSNJ.org). Please **DO NOT** click links or attachments unless you recognize the sender and know the content is safe.

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

June 17, 2023

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Adeola A Favorite, Case Number 20-11350, VFP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102**

Undeliverable Address:
KML Law Group, PC

1

216 Haddon Avenue, Suite 406
Westmont, NJ 08108

Role type/cr id: 518680968
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

KML Law Group, 701 Market Street, Suite 5000
Philadelphia, PA 19106

_____    6/20/23_____
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**